1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   HERMINIA LORENZO CRUZ
6

7

8           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    OAKLAND DIVISION

10 HERMINIA LORENZO CRUZ,                    Case No. C06-04895-SBA

11                        Plaintiff,
                                             STIPULATION OF DISMISSAL
12 v.                                        WITH PREJUDICE AND
                                             [PROPOSED] ORDER
13 METROPOLITAN BUREAU OF
   COLLECTIONS, INCORPORATED, a              Fed. R. Civ. P. 41(a)(1)
14 California corporation, and LONNIE G.
   MCCORMICK, individually and in his
15 official capacity,

16                        Defendants.

17

18     Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, HERMINIA LORENZO CRUZ, and

19 Defendants, METROPOLITAN BUREAU OF COLLECTIONS, INCORPORATED, and LONNIE

20 G. MCCORMICK, stipulate, and the Court hereby orders, as follows:

21     1.    The dispute between the parties has been settled, therefore, the claims asserted

22 by Plaintiff, HERMINIA LORENZO CRUZ, against Defendants, METROPOLITAN BUREAU OF

23 COLLECTIONS, INCORPORATED, and LONNIE G. MCCORMICK, in the above-captioned

24 proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

25 / / /

26 / / /

27 / / /

28 / / /

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE                          Case No. C06-04895-SBA

| | | |
|---|---|---|
| 1 | Dated: October 27, 2006 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>HERMINIA LORENZO CRUZ |
| 3 | | |
| 4 | Dated: October 27, 2006 | /s/ June D. Coleman |
| 5 | | June D. Coleman<br>Attorney for Defendants<br>METROPOLITAN BUREAU OF |
| 6 | | COLLECTIONS, INC., and<br>LONNIE G. MCCORMICK |

8  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

10  Dated: 10/30/06

*[Signature: Saundra B. Armstrong]*

The Honorable Saundra B. Armstrong
Judge of the District Court

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE     Case No. C06-04895-SBA